IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HARRY LAMONT MCCALL, )
#16975-002, )
  )
    Plaintiff, )
  )
    v. ) CIVIL ACTION NO. 2:18-CV-131-WHA
  )
DERRICK CUNNINGHAM, *et al.*, )
  )
    Defendants. )

## FINAL JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Harry McCall's Objection (Doc. 16) is OVERRULED.

(2) The United States Magistrate Judge's Recommendation (Doc. 15) is ADOPTED.

(3) Plaintiff's § 1983 amended complaint against Defendant Watkins is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) & (iii).

(4) Plaintiff's § 1983 amended complaint against Defendants Cunningham and Seroyer is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

(5) This case is DISMISSED prior to service of process.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE this 24th day of August, 2018.

                                  /s/ W. Harold Albritton
                                W. HAROLD ALBRITTON
                                SENIOR UNITED STATES DISTRICT JUDGE